IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ASHLEE WHITE**
**DREQUAN MACON**                                                                                           **PLAINTIFFS**

**VS.**                                            **4:20-CV-01094-BRW**

**JIM DAVIS,** *et al.*                                                                                         **DEFENDANTS**

## ORDER

Plaintiffs' motion for summary judgment (Doc. No. 48) is DENIED without prejudice as premature — the case is just starting. Plaintiffs are reminded that they must follow the Federal Rules of Civil Procedure and the directions of this Court, including the dates set within the scheduling order. Plaintiffs are encouraged to work with Defense counsel to meet the Court's deadlines. Should a deadline need to be extended, the Court will entertain such motions made in compliance with the local rules.

Plaintiff's motion to file a Second Amended Complaint (Doc. No. 66) is GRANTED, since the Court should "freely give leave when justice so requires."[1] However, at some point leave will likely be denied.

Defendant's Motion to Dismiss (Doc. No. 44) is DENIED AS MOOT.

The Clerk is directed to file the Second Amended Complaint, attached to the motion as an exhibit, and substitute the parties as set out in the motion and Second Amended Complaint.

IT IS SO ORDERED this 21st day of September, 2021.

Billy Roy Wilson<br>
UNITED STATES DISTRICT JUDGE

---

[1] FED. R. CIV. P. 15(a)(2).